

**PO Box 589 Acworth, Georgia 30101 | ted@silverbachlaw.net | 470-322-6007**

TO: All Judges, Clerks, and Opposing Counsel

FROM: Edward "Ted" Silverbach (Georgia Bar # 214078)

DATE:  November 19, 2025

RE: **Notice of Leave of Absence**

   Now Comes, Edward "Ted" Silverbach, Attorney-at-Law and hereby respectfully notifies all judges before whom he presently has cases pending, the affected Clerk of Courts, and Opposing Counsel, that he will be on leave of absence pursuant to Georgia Uniform Superior Court Rule 16.

1. The period of time during which Applicant will be away from the practice of law is:

   - January 1, 2026 through January 5, 2026 (Vacation)
   - January 19, 2026 (Personal)
   - February 16, 2026 through February 20, 2026 (Vacation)
   - April 6, 2026 through April 10, 2026 (Personal)
   - May 18, 2026 through May 20, 2026 (Personal)

2. Applicant hereby certifies that to Applicant's knowledge, the cases shown on Exhibit "A" attached hereto are not on a published calendar and are not noticed for a hearing during the period of the leave of absence.

3. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice of Leave of Absence to object to it. If no objections are filed, the leave shall be granted as allowed by the rule.

Sincerely,

/s/ Ted Silverbach, Esq.