# EXHIBIT A

| COURT/JUDGE | CASE/CASE # | OPPOSING COUNSEL |
|---|---|---|
| **Clayton State Court Judge T. Howard** | **Ronall Bridges v. Keair Bussell CAFN: 2023CV02301** | **Joshua Brennan 900 Circle 75 Parkway, Ste. 1040 Atlanta, GA 30339 jbrennan@waldonadelman.com** <br><br> **Ethan Williams 5555 Glenridge Connector, Ste. 1000 Sandy Springs, GA 30342 Ethan.williams@statefarm.com** |
| **Chattooga State Court Judge House** | **Amanda Cadieux v. Timothy Abernathy CAFN: 2024CA45545** | **Andrea Avery 900 Circle 75 Parkway, Ste. 1040 Atlanta, GA 30339 aavery@waldonadelman.com** |
| **DeKalb State Court Judge Mike Jacobs** | **Shannon Cox v. Thomas Knapp CAFN: 25A06891** | **William W. Horlock, Jr. 900 Circle 75 Pkwy, Ste. 850 Atlanta, GA 30339 bhorloc@scrudderbass.com** |
| **Cobb State Court Judge Diana Simmons** | **Brenda Bowen v. Jonathan Dabel CAFN: 24-A-5023** | **Jeffrey Schwartz 4200 Northside Pkwy, Bldg. 12 Atlanta, GA 30327 jschwartz@gwdlawfirm.com** <br><br> **Christine Williams 900 Circle 75 Parkway, Ste. 1040 Atlanta, GA 30339 cwilliams@waldonadelman.com** |
| **Paulding State Court Judge Angela O'Connor** | **Margaret Dusterhoff v. Gee A. DeLeon CAFN: 24-CV-000343** | **Irvin Hall 100 Crescent Centre Pkwy, Ste. 950 Atlanta, GA 30084 irvinhall@geico.com** <br><br> **Sharletta K. Mahone 5555 Glenridge Connector, Ste. 1000 Sandy Springs, GA 30342** |
| **Fulton State Court Judge Jane Morrison** | **Kenyatta Hillman v. Scott Sagona CAFN: 25EV002042** | **Scott Sagona 5410 Oak Street Lytle, TX 78052** |

| | | |
|---|---|---|
| **U.S. District Court Northern District of GA Judge Steven D. Grimberg** | **Anthony Hughes v. Truist Bank, Inc., et al CAFN: 1:25-CV-04667** | **Bennet Richardson 1100 Peachtree St. NE, Ste. 2800 Atlanta, GA 30309**<br><br>**Nikole M. Crow 1331 Spring St. NW, Ste. 1400 Atlanta, GA 30309 Nikole.crow@wbd-us.com** |
| **Fulton State Court Judge Patsy Porter** | **Patricia Mullinax v. Denise Rauch CAFN: 25EV005540** | **Jay Eidex One Sugarloaf Centre 1960 Satellite Blvd. Ste. 2000 Duluth, Ga 30097 je@gmke.law**<br><br>**James Cannella 288 Washington Ave Marietta, GA 30060 cannella@downeycleveland.com** |
| **Cobb Superior Court Judge Grubbs** | **Janice Bagwell v. Marjorie Lyon CAFN: 24GC08451** | **Glen Stinson 35 Courthouse Square Dallas, GA 30132 glen@glenstinsonlaw.com** |
| **Cobb State Court Judge Maria Golick** | **Jonathan Nunley v. Eleanor Patterson CAFN: 25-A-1242** | **Z'a Sandidge 2970 Clairmont Rd, NE, Ste. 600 Brookhaven, GA 30329 Sabdiz1@nationwide.com**<br><br>**Brittany Marigliano P.O. Box 70727 Marietta, GA 30007 mariglianolaw@gmail.com**<br><br>**Michelle LeGault 30 Perimeter Park Drive, Ste. 200 Atlanta, GA 30341 mlegault@georgia-law.com** |
| **DeKalb Superior Court Judge Nora Polk** | **Shay Gigi v. Izhak Gabizon, et. Al CAFN: 22CV10060** | **Stephen Katz 137 Johnson Ferry Road, Ste. 2230 Marietta, GA 30068 smkatz@katz.legal** |

| DeKalb Superior Court Judge LaTisha D. Jackson | Anneta Anderson v. Icilda Laird and Howard West CAFN: 24CV6047 | Amy Martin P.O. Box 675433 Marietta, GA 30006 amartin@johnbmillerlaw.com |
|---|---|---|
| Cobb Superior Court Judge Julie Jacobs | My Pool Builder, LLC, v. Jennifer Hardgrave and Gregory Hardgrave CAFN: 24GC06073 | Cory Close 639 Whitlock Avenue Marietta, GA 30064 cclose@r-llaw.com |
| Cobb State Court Judge Allison Salter | Special Needs of Cobb, Inc. v. Walton Community Service, Inc & Deborah Walton CAFN: 24-A-4279 | Stanley M. Lefco 4651 Roswell Rd. Ste G-602 Atlanta, GA 30342 lefcolawoffices@gmail.com |
| Cobb State Court Judge Carl Bowers | Robert Chappell v. Minhas Properties, LLC CAFN: 25-A-5955 | Michael Kramer 250 Lawrence St. Marietta, GA 30060 michael@michaeljkramerlaw.com |
| DeKalb State Court Judge Yolanda Mack | Aanik Adatia v. Corrie Rose Felker & Stori Felker CAFN: 25A07424 | Dallas S. F. Oliver One Premier Plaza 5605 Glenridge Drive, Ste. 900 Atlanta, GA 30342 doliver@fainmajor.com |
| Fulton Superior Court Judge Thomas Cox | Gasson Holding, LLC v. Frederick Gresham and Arnisha Gresham CAFN: 25CV002960 | Frederick Gresham 3300 Renaissance Circle Atlanta, Ga 30349<br><br>Arnisha Gresham 3806 Martingale Drive, SE Conyers, GA 30094 |
| Cobb County Superior Judge: Angela Brown | Annabeth Robinson v. Paragon Global Advisors & Gary Saitowitz CAFN: 25GC00984 | Kianna Chennault 3225 Cumberland Blvd. Ste. 100 Atlanta, GA 30339 kianna@chennaultlaw.com |
| Cobb Superior Court Judge Ann B. Harris | Twisted Taco Franchise, Inc. v. Twisted Taco Bar, LLC, et al CAFN: 24GC08033 | Tara Michelle Carter 2136 Shadygrove Walk Austell, GA 30168<br><br>Jai Bailey 258 Sciple NW Terrace Atlanta, Ga 30314 |

| | | |
|---|---|---|
| **DeKalb Superior Court Judge Brian E. Lake** | **Kaaba Majeed v. Alicia Hosey CAFN: 25CV7632** | **Alicia Hosey 6394 Redan Square Lithonia, GA 30058** |
| **U.S. District Court Northern District of GA** | **Chet Michael Wilson v. Atlanta Medical Day Spa and Surgery Center CAFN: 1:25-CV-4023** | **Anthony Paronich 350 Lincoln St., Ste. 2400 Hingham, MA  02043 anthony@paronichlaw.com** |
| **Cherokee Magistrate Court** | **Fareeha Rana v. The Oaks at Powers Ferry Homeowners Assoc., Inc. CAFN: 25MCE4749** | **The Oaks at Powers Ferry Homeowners Association, Inc. c/o Registered Agent Tolley Community Management 8295 Highway 92 Woodstock, Georgia 30189** |
| **Gwinnett Superior Court Judge George F. Hutchinson, III** | **Prince Kilmed El, et.al v. IRP Star Metals Holdingco, LLC, et. Al CAFN: 25-A-09672-1** | **William J. Martin 55 Ivan Allen Jr. Blvd. Ste. 750 Atlanta, GA  30308 wmartin@grsm.com** |