# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION FILE NO. 1:25-cv-04023-SDG |
| Plaintiff | : : : | |
| v. | : : | **COMPLAINT – CLASS ACTION** |
| ATLANTA MEDICAL DAY SPA AND SURGERY CENTER, LLC | : : : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

None

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

Paronich Law, P.C., Heidarpour Law Firm PLLC and Chet Michael Wilson.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

Anthony Paronich and Valerie Chinn.

**(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship\* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

N/A

**\*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)).**

**"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).**

**A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022.**

**A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019).**

Dated: March 5, 2026

                               */s/ Anthony Paronich*
                               Anthony Paronich
                               Email:  anthony@paronichlaw.com
                               PARONICH LAW, P.C.
                               350 Lincoln Street, Suite 2400
                               Hingham, MA 02043
                               Telephone:  (617) 485-0018

Facsimile: (508) 318-8100

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

                          */s/ Anthony Paronich*
                          Anthony Paronich

Dated: December 9, 2025