# IN THE UNTITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTA MEDICAL DAY SPA AND SURGERY CENTER, LLC,<br><br>Defendant, | CIVIL ACTION FILE NUMBER:<br>1:25-CV-4023-SDG |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3 of the United States District Court for the Northern District of Georgia, the undersigned counsel for Defendant Atlanta Medical Day Spa and Surgery Center, LLC certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, subsidiaries, parent corporations, insurers, or other entities known to have a financial interest in the outcome of this litigation:

Atlanta Medical Day Spa and Surgery Center, LLC (Defendant)

Chet Michael Wilson (Plaintiff)

Edward Silverbach (Counsel for Defendant)

Silverbach Law, P.C. (Counsel for Defendant)

Anthony Paronich (Counsel for Plaintiff)

Paronich Law, P.C. (Counsel for Plaintiff)

Bryan James Turner, Jr. ( Member/Owner)

Sydney Elizabeth Allen (Member/Owner)

Admiral Insurance Group (Insurer for Defendant)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Atlanta Medical Day Spa and Surgery Center states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock, except as may be disclosed above.

This Certificate is filed to enable the judges of this Court to evaluate possible disqualification or recusal.

Respectfully submitted this 12th day of March, 2026.

                                        **SILVERBACH LAW, P.C.**

                                        ***/s/ Ted Silverbach***
                                        Ted Silverbach
                                        Georgia Bar No.: 214078
                                        *Attorney for Defendant*

SILVERBACH LAW, P.C.          ted@silverbachlaw.net
4439 Carnes Street, Ste. 8
Acworth, GA  30101
(470) 515-4918

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2026, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                                               */s/ Ted Silverbach*
                                                                               Ted Silverbach
                                                                               Georgia Bar No.: 214078
                                                                               *Attorney for Defendant*

SILVERBACH LAW, P.C.                         ted@silverbachlaw.net
4439 Carnes Street, Ste. 8
Acworth, GA  30101
(470) 515-4918