## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

CHET MICHAEL WILSON,
individually and on behalf of all others
similarly situated,

  Plaintiff

v.

ATLANTA MEDICAL DAY SPA
AND SURGERY CENTER, LLC

  Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

/

CIVIL ACTION FILE NO. 1:25-cv-04023-SDG

## STIPULATION OF DISMISSAL WIHTOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to

Fed. R. Civ. P. 41(a)(1) with each party to pay their own fees and expenses.

Dated: August 6, 2026

     PLAINTIFF, individually and
     on behalf of others similarly situated,

     By:

     */s/ Anthony I. Paronich*
     Anthony I. Paronich (*pro hac vice*)
     Paronich Law, P.C.
     350 Lincoln Street, Suite 2400
     Hingham, MA 02043
     [o] (617) 485-0018
     [f] (508) 318-8100

anthony@paronichlaw.com


/s/ Ted Silverbach
Ted Silverbach, Esq.
Attorney for Defendant
Georgia Bar No. 214078
Silverbach Law, P.C.
P.O. Box 589
Acworth, Georgia 30101
Ted@silverbachlaw.net
470-515-4918


## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with

14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

/s/ Anthony I. Paronich
Anthony I. Paronich (*pro hac vice*)

2